**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jeovany Toribio, et al., | ) | No. CIV 07-0964 PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Town of Buckeye, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. #16]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. No. #16]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 14th day of January, 2008.

Stephen M. McNamee
United States District Judge